

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
                                        FILED
                                   2017 APR -4 PM 1:06
                                   U.S. MAGISTRATE JUDGE
                                   BY_____
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:17-mj-271-GWF |
| PLAINTIFF, | ORDER |
| VS. | (FILED UNDER SEAL) |
| JOSHUA RAY FISHER, | |
| DEFENDANT. | |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 4th day of April, 2017.

*/s/ George Foley*
United States Magistrate Judge