# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:17-mj-00271-GWF |
| vs. | **ORDER UNSEALING DOCKET** |
| JOSHUA RAY FISHER. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that case number 2:17-mj-00271-GWF shall be UNSEALED.

DATED this 27th day of April, 2017.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE