# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA RAY FISHER,

    Defendant.

Case No. 2:17-mj-271-GWF

**ORDER**

This matter is before the Court on Defendants Joshua Ray Fisher and Justin Fisher's request to meet jointly with their counsel, William Terry, Esq. and Thomas Pitaro, Esq., at the Pahrump facility on May 26, 2017. The Court grants Defendants' request. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Joshua Ray Fisher and Justin Fisher shall be permitted to meet jointly with their counsel, William Terry, Esq. and Thomas Pitaro, Esq. at the Nevada Southern Detention Center on May 26, 2017, or on alternative dates if the parties so arrange.

DATED this 24th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge