**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-271-GWF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING** |
| JOSHUA RAY FISHER | ) | |
| | ) | **(Second Request)** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant JOSHUA RAY FISHER, by and through his counsel WILLIAM TERRY, ESQ., that the preliminary hearing currently set for June 12, 2017 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties wish to have sufficient time to negotiate a possible resolution to this matter pre-indictment.

2. Discovery is being tendered to the defendant, and the defendant and defense counsel will need adequate time to review what is provided.

3. The defendant is incarcerated and does not object to the continuance.

4. This is the second stipulation to continue filed herein.

Dated this 2nd day of June, 2017.

/s/ Lisa C. Cartier Giroux                     /s/ William Terry
LISA CARTIER GIROUX                    WILLIAM TERRY, ESQ.
*Assistant United States Attorney*         *Attorney for Justin Ray Fisher*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )    2:17-mj-271-GWF
                                 )
            Plaintiff,           )    **ORDER**
                                 )
JOSHUA RAY FISHER                )
                                 )
            Defendant.           )
_____)

## ORDER

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for June 12, 2017 at 4:00 p.m. be vacated and continued to __August 17, 2017__ at the hour of __4:00 p.m.__

Dated this <u>5th</u> day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE